UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SARAH ODAWARE WHITE (#319932)

VERSUS

JIM ROGERS, ET AL

CIVIL ACTION

NO. 11-628-BAJ-DLD

**RULING**

The Court has carefully considered the Petition for Writ of Habeas Corpus, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated June 28, 2012 (doc. no. 10) and plaintiff's objection filed on July 6, 2012 (doc. 11).

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, defendants' Motion for Summary Judgment (doc.. 9), is granted in part, such that the plaintiff's claims asserted against Prison Enterprises, Inc., is dismissed in their entirety, and the plaintiff's claims asserted against defendant Jim Rogers is dismissed except for the claim asserted against this defendant which seeks injunctive relief and punitive and/or nominal damages as a result of exposure to unconstitutional conditions of confinement at the Louisiana Correctional Institute for Women.

This matter is hereby referred back to the United States Magistrate Judge proceedings.

Baton Rouge, Louisiana, July 25, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA