UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SARAH ODAWARE WHITE (#319932)

VERSUS

JIM ROGERS, ET AL.

CIVIL ACTION

NO. 11-628-SDD-RLB

## RULING

The Court has carefully considered the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated May 3, 2013. Plaintiff has filed an objection which the Court has considered.

**THE COURT HEREBY** approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion for Summary Judgment* of Defendant, Jim Rogers, is granted, dismissing the Plaintiff's claims asserted against the Defendant, without prejudice, for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e, but with prejudice to assertion of the same claim or claims *in forma pauperis*.

Baton Rouge, Louisiana, May 29th, 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA